AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| ORIGINAL-WHITE | DUPLICATE-YELLOW | TRIPLICATE-PINK |
|---|---|---|

**RECEIPT FOR PAYMENT**
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

E 618558

ROM
and on

DEE DES
WALLCO,

RECEIVED FROM  Helen Dalton

07 civ 5733 (SAS)

YOU

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn

| DATE: | Cash | Check | M O | Credit |
|---|---|---|---|---|
| 20 | | | | |

DEPUTY CLERK:

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  JUN 1 5 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me **in a civil action**

DATE: 8/1/07    Time: 4:09 PM

NAME OF SERVER (PRINT): Dennis Illuminate
TITLE: Process Server

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant  Place where served: 354 Sunset Hill East, Fishkill, NY 12524
Wayne Chauvin, an individual

☒ Left copies thereof at the defendant's **place of business** ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Jerome Chauvin - son of Wayne Chauvin
White male, brown hair, 6'0", 220 lbs, 30 yrs.

☐ Returned unexecuted:

☐ Other (specify):

Mailing a copy
Personal and confidential

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 8/9/07
Signature of Server: Dennis Illuminate

Address of Server: P.O. Box 1167, Carmel, N.Y. 10512

JEANNE M. VILLEGAS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01VI6170059
QUALIFIED IN PUTNAM COUNTY
MY COMMISSION EXPIRES JULY 2, 20__

9th day of August 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

⁂AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 8/1/07 | Time 4:39 pm |
|---|---|---|
| Service of the Summons* and complaint was made by me(1) *in a civil action | | |

| NAME OF SERVER (PRINT) x Dennis Illuminate | TITLE x Process Server |
|---|---|

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 354 Sunset Hill East, Fishkill, NY 12524
Ace Painting, Inc.

place of business

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: Jereme Chauvin - Son of Wayne Chauvin - Managing Agent - Auth. to Accept

white male, brown hair, 6'0", 220 lbs., 30 yrs.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  x 8/9/07
            Date

x Dennis Illuminate
Signature of Server

x P.O. Box 1167, Carmel, N.Y. 10512
Address of Server

JEANNE M. VILLEGAS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01VI6170059
QUALIFIED IN PUTNAM COUNTY
MY COMMISSION EXPIRES JULY 2, 20_11_

9th Day of August 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me in a civil action | DATE 8/1/07 | Time 4:39 pm |
| NAME OF SERVER (PRINT) DENNIS Illuminate | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the defendant. Place where served: 354 Sunset Hill East, Fishkill, NY 12524
Dee Designs Inc.

[x] Left copies thereof at the defendant's place of business ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: Jereme Chauvin - Son of Wayne Chauvin - Managing Agent, white male, brown hair, 6'0", 220 lbs, 30 yrs. Auth to accept

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 8/9/07
Date

Signature of Server: Dennis Illuminate

Address of Server: P.O. Box 1167, Carmel, NY 10512

JEANNE M. VILLEGAS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01VI6170059
QUALIFIED IN PUTNAM COUNTY
MY COMMISSION EXPIRES JULY 2, 20 11

9th day of August 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

▲AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons* and complaint was made by me(1) *in a civil action | DATE 8/1/07 | Time 4:39 PM |
| NAME OF SERVER (PRINT) Dennis Illuminate | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 354 Sunset Hill East, Fishkill, NY 12524
Wallco, Inc.

☒ Left copies thereof at the defendant's place of business ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: Jerome Chauvin - Son of Wayne Chauvin / Managing Agent
White Male, Brown Hair, 6'0", 220 lbs, 30 yrs. Auth to accept

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  8/9/07
Date

Signature of Server: Dennis Illuminate

Address of Server: P.O. Box 1167, Carmel, NY 10512

JEANNE M. VILLEGAS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01VI6170059
QUALIFIED IN PUTNAM COUNTY
MY COMMISSION EXPIRES JULY 2, 20 11

9th Day of August 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure