Helen F. Dalton & Associates, PC
Helen F. Dalton (HD 3231)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718-263-9591

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

ROMAN B. HUGO on his own behalf
and on behalf of others similarly situated,

                          Plaintiffs,

     -against-

DEE DESIGNS, INC., ACE PAINTING, INC.,
WALLCO, INC., and
WAYNE CHAUVIN, an individual.

                     Defendants.
-----------------------------------------------------------/

Index #: 07 CV 5733 (SAS)

**DEFAULT JUDGMENT**

       This action having been commenced on 6/15/07 by This action was commenced on 6/15/07 by the filing of the Summons and Complaint. A copy of the summons and complaint was served by personal delivery on:

    i. Defendant Wayne Chauvin, by personally delivering it to 354 Sunset Hill East, Fishkill, New York 12524 and handing to Wayne Chauvin on 8/1/07 at 4:39 PM.

    ii. Defendant Ace Painting, Inc., by leaving Summons and Complaint with Jereme Chauvin – Son of Wayne Chauvin – Managing Agent, authorized to accept service, on 8/1/07 at 4:39 PM.

    iii. Defendant Dee Designs Inc., by leaving Summons and Complaint with Jereme Chauvin – Son of Wayne Chauvin – Managing Agent, authorized to accept service, on 8/1/07 at 4:39 PM.

  iv. Defendant Walco, Inc., by leaving Summons and Complaint with Jereme Chauvin – Son of Wayne Chauvin – Managing Agent, authorized to accept service, on 8/1/07 at 4:39 PM.

  Proof of Service by the Special Process Server was filed. The defendants have not answered the complaint and the time for the defendants to answer the complaint has expired.

  Ordered, Adjudged and Decreed: That the Plaintiff have judgment against Defendants Wayne Chauvin, Ace Painting, Inc., Dee Designs Inc., and Walco, Inc., in the liquidated amount of $62,975.

Dated: New York, New York
  Dec. 7, 2007

               _____
                  U.S.D.J.

               This document was entered on the docket on _____