Daniel J. Scher (DJS 2418)
Robert A. Scher (RAS 1633)
SCHER & SCHER, P.C.
111 Great Neck Road, Suite 206
P.O. Box 376
Great Neck, NY 11021
Tel.: (516) 482-1777
Fax:  (516) 829-3198

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
ROMAN B. HUGO on his own behalf
and on behalf of others similarly situated,   CASE NO.:
                                              07-CV-5733(SAS)
                    Plaintiffs,

       -against-                              **NOTICE OF**
                                              **APPEARANCE**
DEE DESIGNS, INC., ACE PAINTING, INC.,
WALLCO, INC. and WAYNE CHAUVIN, an individual.

                    Defendants.
-----------------------------------------x

   PLEASE TAKE NOTICE that the undersigned has been retained by and appears in the above-captioned action for defendants, DEE DESIGNS, INC., ACE PAINTING, INC., WALLCO, INC. and WAYNE CHAUVIN, an individual, and demand that all subsequent papers in this action be served upon the undersigned at the office address set forth below.

Dated:   Great Neck, NY
         March 7, 2008
                                SCHER & SCHER, P.C.
                                By: [signature]

                                DANIEL J. SCHER (DJS 2418)
                                Attorney for Defendants
                                DEE DESIGNS, INC.,
                                ACE PAINTING, INC.,
                                WALLCO, INC. and WAYNE CHAUVIN
                                111 Great Neck Road, Suite 206
                                P.O. Box 376
                                Great Neck, New York 11021
                                (516) 482-1777

TO: HELEN F. DALTON & ASSOCIATES, PC.
Attorneys for Plaintiff
69-12 Austin Street
Forest Hills, NY 11375
(718) 263-9591