Daniel J. Scher (DJS 2418)
Robert A. Scher (RAS 1633)
SCHER & SCHER, P.C.
111 Great Neck Road, Suite 206
P.O. Box 376
Great Neck, NY 11021
Tel.: (516) 482-1777
Fax:  (516) 829-3198

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
ROMAN B. HUGO on his own behalf
and on behalf of others similarly situated,        CASE NO.:
                                                   07-CV-5733(SAS)
                    Plaintiffs,

        -against-                                  NOTICE OF
                                                   APPEARANCE
DEE DESIGNS, INC., ACE PAINTING, INC.,
WALLCO, INC. and WAYNE CHAUVIN, an individual.

                    Defendants.
------------------------------------------------x

### NOTICE OF APPEARANCE OF ROBERT A. SCHER

The undersigned SCHER & SCHER, P.C. hereby appears in this action on behalf of defendants, DEE DESIGNS, INC., ACE PAINTING, INC., WALLCO, INC. and WAYNE CHAUVIN, an individual, and demands that copies of all papers, notices and orders hereafter be served upon the undersigned.

Dated:   Great Neck, NY
         March 20, 2008

                                        SCHER & SCHER, P.C.
                                        By:
                                        _____
                                        ROBERT A. SCHER (DJS 1633)
                                        Attorney for Defendants
                                        DEE DESIGNS, INC.,
                                        ACE PAINTING, INC.,
                                        WALLCO, INC. and WAYNE CHAUVIN
                                        111 Great Neck Road, Suite 206
                                        P.O. Box 376
                                        Great Neck, New York 11021
                                        (516) 482-1777

TO:   HELEN F. DALTON & ASSOCIATES, PC.
      Attorneys for Plaintiff
      69-12 Austin Street
      Forest Hills, NY 11375
      (718) 263-9591