Daniel J. Scher (DJS 2418)
Robert A. Scher (RAS 1633)
SCHER & SCHER, P.C.
111 Great Neck Road, Suite 206
P.O. Box 376
Great Neck, NY 11021
Tel.: (516) 482-1777
Fax:  (516) 829-3198

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ROMAN B. HUGO on his own behalf
and on behalf of others similarly situated,         CASE NO.:
                                                    07-CV-5733(SAS)
                Plaintiffs,
                                                    **DEFENDANTS'**
                                                    **RULE 7.1 STATEMENT**
        -against-

DEE DESIGNS, INC., ACE PAINTING, INC.,
WALLCO, INC. and WAYNE CHAUVIN, an individual,

                Defendants.
------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure for the Southern District of New York and to enable Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for DEE DESIGNS, INC., ACE PAINTING, INC., WALLCO, INC. certifies that the Corporate Defendants have no corporate parents, subsidiaries, or affiliates with are publicly held.

Dated:   Great Neck, NY
         March 26, 2008

                                        Yours, etc.

                                        SCHER & SCHER, P.C.
                                        By:

                                        _____
                                        ROBERT A. SCHER (RAS 1633)
                                        Attorney for defendants
                                        111 Great Neck Road, Suite 206
                                        P.O. Box 376
                                        Great Neck, New York 11021
                                        (516) 482-1777

TO:
    HELEN F. DALTON & ASSOCIATES, PC.
    Attorneys for Plaintiff
    69-12 Austin Street
    Forest Hills, NY 11375