Daniel J. Scher (DJS 2418)
Robert A. Scher (RAS 1633)
SCHER & SCHER, P.C.
111 Great Neck Road, Suite 201
P.O. Box 376
Great Neck, NY 11021
Tel.: (516) 482-1777
Fax:  (516) 829-3198



Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
ROMAN B. HUGO on his own behalf
and on behalf of others similarly situated,          CASE NO.:
                                                     07-CV-5733(SAS)
                    Plaintiffs,

        -against-
                                                     **STIPULATION**

DEE DESIGNS, INC., ACE PAINTING, INC.,
WALLCO, INC. and WAYNE CHAUVIN, an individual.

                    Defendants.
------------------------------------------------x

   IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties to this action as follows:

   1. The Judgment dated and signed on December 7, 2007 which is entered against the defendants DEE DESIGNS, INC., ACE PAINTING, INC., WALLCO, INC. and WAYNE CHAUVIN, may be vacated and recalled by the Court by the "So Ordering" of this Stipulation" by the Court.

   2. The attorneys for the Plaintiff agree that all restraints, restraining notices and collection efforts taken in connection with the Judgement dated and signed on December 7, 2007 shall be withdrawn and terminated and that Plaintiff and his attorneys will acknowledge same and assist the attorneys for the Defendants in releasing any holds, levies or other attachments on any bank accounts, or other assets of the Defendants that may be

held or restrained as a result of process issued in connection with the Judgment dated and signed on December 7, 2008 which will be vacated in accordance with this Stipulation.

    3.  The Defendants, DEE DESIGNS, INC., ACE PAINTING, INC., WALLCO, INC. and WAYNE CHAUVIN, hereby appear in this action by their attorneys set forth below and waive all defenses related to services of process of the Summons and Complaint in this action.

    4.  Defendants shall serve and file their answer to the Complaint in this action on or before March 26, 2008.

    5.  The Parties desire that the Court schedule a date for a new initial pre-trial conference in connection with this action.

    6.  The parties further agree that any party to the action may cause this Stipulation to be "So Ordered" and filed as appropriate to accomplish the vacating of the Default Judgment.

Dated: Great Neck, NY
       March 18, 2008

HELEN F. DALTON & ASSOCIATES, P.C.          SCHER & SCHER, P.C.
By:                                          By:

ROMAN M. AVSHALUMOV, ESQ.                   DANIEL J. SCHER
Attorneys for Plaintiff                     Attorney for Defendants
69-12 Austin Street                         DEE DESIGNS, INC.,
Forest Hills, NY 11375                      ACE PAINTING INC.,
(718) 263-9591                              WALLCO, INC. and WAYNE CHAUVIN
                                            111 Great Neck Road, Suite 206
                                            Great Neck, NY 11021
SO ORDERED:                                 (516) 482-1777

SHIRA A. SCHEINDLIN
U.S.D.J.                   3/24/08

2