UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

ROMAN HUGO,

              Plaintiff,

- against -

DEE DESIGNS, INC., ACE PAINTING, INC., WALLCO, INC., and WAYNE CHAUVIN,

              Defendants.

------------------------------------------------------------- X

**ORDER OF DISMISSAL**

07 Civ. 5733 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

       The parties having notified the Court that they have reached a resolution of this action,

       IT IS HEREBY ORDERED that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            June 12, 2008

1

## - Appearances -

**For Plaintiff:**

Helen F. Dalton, Esq.
Helen F. Dalton & Associates, P.C.
69-12 Austin Street
Forest Hills, NY 11375
(718) 263-9591
Fax: (718) 263-9598


**For Defendants:**

Daniel J. Scher, Esq.
Robert A. Scher, Esq.
Scher & Scher, P.C.
111 Great Neck Road
P.O. Box 376
Great Neck, NY 11021
(516) 482-1777
Fax: (516) 829-3198